# Morgan Lewis

**Jason D. Burns**
Associate
+1.212.309.6342
jason.burns@morganlewis.com

January 30, 2019

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/30/19

## VIA ECF

Magistrate Judge Barbara Moses
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 740
New York, NY 10007

Re: *Cabrera et al. v. CBS Corporation, et al.*, Case No. 1:17-cv-06011 (CM)

Dear Judge Moses:

We represent Defendants CBS Corporation and CBS Television Studios, a division of CBS Studios Inc., and Counter-Plaintiff Eye Productions Inc. (together, the "CBS Parties"), in the above-referenced action. We write with the consent of Plaintiffs Maurice Cabrera, Gregory Offutt and David Staton (collectively, "Plaintiffs") (the CBS Parties and the Plaintiffs together, the "Parties"). The Parties request that the Court hold its decision on the prior Proposed Stipulation and Order of Dismissal (Dkt. No. 47) in abeyance for seven (7) days, until February 6, 2019, to allow the parties additional time to confer regarding the submission of a revised stipulation of dismissal consistent with the Court's guidance at the January 16, 2019 conference.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

*/s/ Jason D. Burns*
Jason D. Burns

*Counsel for the CBS Parties*

cc: Ambrose Wotorson, *Counsel for Plaintiffs* (via ECF)

APPLICATION GRANTED

Barbara Moses, U.S.M.J.

1-30-19

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060
United States

+1.212.309.6000
+1.212.309.6001