UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MAURICE CABRERA, DAVID
STATON, and GREGORY OFFUTT

    Plaintiffs,

vs.

CBS CORPORATION and
CBS TELEVISION STUDIOS

    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 08 2019

Civil Action No.: 17-CV-6011

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Maurice Cabrera, Gregory Offutt and David Staton (collectively, "Plaintiffs") and Defendants CBS Corporation and CBS Television Studios, a division of CBS Studios Inc. (collectively, "Defendants") and Counter-Plaintiff Eye Productions Inc. ("Counter-Plaintiff"), by and through their respective undersigned counsel, jointly stipulate to the following: (1) the dismissal of Plaintiffs' remaining retaliation claims, without prejudice, (2) the dismissal of Defendants' and Counter-Plaintiff's counterclaims, without prejudice, with each party to bear its own costs and attorneys' fees, and (3) this stipulation shall have no effect on, and shall not apply to, any rights that Gregory Offutt and David Staton may have in the matter of *Hines, et. al., v. CBS Television Studios, et. al.*, 15-cv-7882.

---

The Court notes that the parties' stipulation calls for all claims and counterclaims to be dismissed "without prejudice." The Court presumes, in the absence of further disclosure, that the parties have not entered into any other agreements or understandings restricting the plaintiffs' rights in connection with refiling their FLSA claims. *See* Opinion & Order (Dkt. No. 57), at 14 n. 7. On that basis, the parties' stipulation is APPROVED and all claims and counterclaims are DISMISSED WITHOUT PREJUDICE.

The Clerk is respectfully directed to terminate all pending motions and close the case. SO ORDERED.

_____
Barbara Moses, United States Magistrate Judge
March 8, 2019

STIPULATED AND AGREED:

| Plaintiffs | Defendants and Counter-Plaintiff |
|---|---|
| *[signature]* | _____ |
| Ambrose W. Wotorson, Jr. | Blair J. Robinson |
| Law Offices of Ambrose Wotorson | Jason D. Burns |
| 225 Broadway, 41st Floor | 101 Park Avenue |
| New York, NY 10007 | New York, NY 10178 |
| Telephone: 718-797-4861 | Telephone: (212) 309-6000 |
| Facsimile: 718-797-4863 | Facsimile: (212) 309-6001 |
| loaww1650@aol.com | blair.robinson@morganlewis.com |
| | jason.burns@morganlewis.com |

*Attorney for Plaintiffs Maurice Cabrera, Gregory Offutt and David Staton*

*Attorneys for Defendants CBS Corporation and CBS Television Studios, a division of CBS Studios Inc. and Counter-Plaintiff Eye Productions Inc.*

Dated:

Dated:

_____
Maurice Cabrera

Dated:

_____
Gregory Offutt

Dated:

*[signature]*
David Staton

Dated: 2/13/2019

2

Maurice Cabrera

Dated: *[signature]* 2/14/2019

Gregory Offutt

Dated:

David Staton

Dated:

2

**STIPULATED AND AGREED:**

| **Plaintiffs** | **Defendants and Counter-Plaintiff** |
|---|---|
| _____ | _____ |
| Ambrose W. Wotorson, Jr. | Blair J. Robinson |
| Law Offices of Ambrose Wotorson | Jason D. Burns |
| 225 Broadway, 41st Floor | 101 Park Avenue |
| New York, NY 10007 | New York, NY 10178 |
| Telephone: 718-797-4861 | Telephone: (212) 309-6000 |
| Facsimile: 718-797-4863 | Facsimile: (212) 309-6001 |
| loaww1650@aol.com | blair.robinson@morganlewis.com |
| | jason.burns@morganlewis.com |
| *Attorney for Plaintiffs Maurice Cabrera, Gregory Offutt and David Staton* | *Attorneys for Defendants CBS Corporation and CBS Television Studios, a division of CBS Studios Inc. and Counter-Plaintiff Eye Productions Inc.* |
| Dated: | Dated: |

_____

Maurice Cabrera

Dated:

*[signature]*
Gregory Offutt

Dated: 2-14-2019

_____

David Staton

Dated:

**STIPULATED AND AGREED:**

| | |
|---|---|
| **Plaintiffs** | **Defendants and Counter-Plaintiff** |

_____

Ambrose W. Wotorson, Jr.
Law Offices of Ambrose Wotorson
225 Broadway, 41st Floor
New York, NY 10007
Telephone: 718-797-4861
Facsimile: 718-797-4863
loaww1650@aol.com

*Attorney for Plaintiffs Maurice Cabrera, Gregory Offutt and David Staton*

Dated:

_____ (signed)

Blair J. Robinson
Jason D. Burns
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
blair.robinson@morganlewis.com
jason.burns@morganlewis.com

*Attorneys for Defendants CBS Corporation and CBS Television Studios, a division of CBS Studios Inc. and Counter-Plaintiff Eye Productions Inc.*

Dated: 2/21/2019

_____

Maurice Cabrera

Dated:

_____

Gregory Offutt

Dated:

_____

David Staton

Dated: